No. 77. THE PEOPLE v. RAMOS.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided October 18, 1905. The motion was overruled. *Mr. Rossy, fiscal,* for petitioner.

---

No. 68. THE PEOPLE v. VALLECILLO.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided October 18, 1905. The motion was overruled. *Mr. Rossy, fiscal,* for petitioner.

---

No. 64. THE PEOPLE v. RODRÍGUEZ.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided October 19, 1905. The motion was overruled. *Mr. Rossy, fiscal,* for petitioner.

---

No. 65. EL BANCO DE PUERTO RICO v. OLIVIERI Y SOBRINO.— Appeal from the District Court of Mayagüez. Motion to dismiss the appeal on the ground that the appellant had failed to make a *true* and concise statement of the case, *as it appeared in the record,* in accordance with the provisions of section 54 of the Regulations. Decided October 23, 1905. The motion was overruled. *Mr. Sarmiento,* for petitioner; *Mr. Quintero,* for adverse party.

---

No. 79. THE PEOPLE v. MUÑIZ.—Appeal from the District Court of Arecibo. Motion to dismiss the appeal. Decided October 23, 1905. The motion was overruled. *Mr. Rossy, fiscal,* for petitioner.

---

No. 27. ORSINI v. VERA.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal for noncompliance with the provisions of section 50 of the Regulations. Decided October 23, 1905. The motion was overruled. *Mr. Quintero,* for petitioner; *Mr. Alvarez Nava,* for opponent.